USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

   PATRICIA LAYNE-WILLIAMS

                                       Plaintiff,                **ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

           -against-

   RADIUS GLOBAL SOLUTIONS, LLC,               **22-CV-340 (VSB)**

                                       Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 10). A telephone conference will be held on **Wednesday, April 20, 2022 at 4:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: February 28, 2022
       New York, New York

                                                                      _____
                                                                      KATHARINE H. PARKER
                                                                      United States Magistrate Judge