UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
PATRICIA LAYNE-WILLIAMS, :
:
                    Plaintiff, :
:    22-CV-340 (VSB)
      - against - :
:    **ORDER**
RADIUS GLOBAL SOLUTIONS, LLC, :
:
                   Defendant. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On April 13, 2022, Defendant filed its motion for summary judgment. (Doc. 13.) Accordingly, it is hereby ORDERED that Plaintiff shall file her opposition to the summary judgment on or before April 29, 2022. Defendant's reply, if any, shall be filed on or before May 6, 2022.

SO ORDERED.

Dated: April 22, 2022
       New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge