UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
PATRICIA LAYNE-WILLIAMS,                                  :
:
                           Plaintiff,         :
:          22-cv-340 (VSB)
       -against-                                        :
:            **ORDER**
RADIUS GLOBAL SOLUTIONS, LLC,                             :
:
                         Defendant.         :
:
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       In light of the pending motion for summary judgment filed by Defendant, it is hereby ORDERED that the post-discovery conference previously scheduled for September 19, 2022 is hereby adjourned sine die.  The conference will be held after I rule on the motion, if necessary. SO ORDERED.

Dated:  June 1, 2022
         New York, New York

                                                         Vernon S. Broderick
                                                         United States District Judge