**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PATRICIA LAYNE-WILLIAMS,

                Plaintiff,

      -against-                             22 **CIVIL** 340 (DLC)

                                        **JUDGMENT**

RADIUS GLOBAL SOLUTIONS, LLC,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated November 28, 2022, Defendant's April 13 motion

for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York

        November 28, 2022

                                 **RUBY J. KRAJICK**

                                  _____

                                     **Clerk of Court**

              **BY:**       K. Mango

                                   _____

                                     **Deputy Clerk**